CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for CASSANDRA MUNIZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | No. CR.S-04-0388-MCE |
| ) v. ) | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND EXONERATING UNSECURED APPEARANCE BOND** |
| CASSANDRA MUNIZ, ) ) Defendant. ) ) | |

The parties hereto, by and through their counsel, stipulate and agree that the conditions of pretrial release imposed by this Court on September 24, 2004, later modified by Stipulation and Order dated December 28, 2004, shall be further modified as follows:

1.  The condition ordering defendant Cassandra Muniz released to the third party custody of her parents, Gerardo and Diana Muniz, is vacated and the unsecured appearance bond in the amount of $50,000.00 executed by the defendant and her parents is exonerated.

2.  The following new conditions are imposed: (a) defendant Cassandra Muniz shall reside at the home of Reuben and Janie Ayala, the paternal grandparents of her child, in Colusa, California; (b) within

-1-

ten days of entry of this order, the defendant, Reuben Ayala and Janie Ayala shall execute and file herein an unsecured appearance bond in the amount of $50,000.00; and (c) the defendant shall not move or absent herself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

All other conditions of pretrial release, not specifically modified herein, shall remain in full force and effect.

These modifications are made with the approval of Pretrial Services.

Dated: June 15, 2005  /s/Candace A. Fry
CANDACE A. FRY, Attorney for
CASSANDRA MUNIZ, Defendant

Dated: June 15, 2005  McGREGOR W. SCOTT
United States Attorney

By  /s/Phillip A. Talbert
     by Candace A. Fry
PHILLIP A. TALBERT
Assistant U.S. Attorney

(Signed for Mr. Talbert with his telephonic authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: June 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge