CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for CASSANDRA MUNIZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CASSANDRA MUNIZ,<br><br>            Defendant. | No. CR.S-04-0388-MCE<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND EXONERATING UNSECURED APPEARANCE BOND** |

The parties hereto, by and through their counsel, stipulate and agree that the conditions of pretrial release imposed by this Court on September 24, 2004, later modified by stipulated Orders of December 28, 2004, and June 20, 2005, shall be further modified as follows:

1.  The following conditions are vacated:  (a) that defendant Cassandra Muniz must reside at the home of Reuben and Janie Ayala; and (b) that she not move or absent herself from that residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

2.  The unsecured appearance bond in the amount of $50,000.00 executed by the defendant, Reuben Ayala and Janie Ayala, is exonerated.

-1-

3. The following new conditions are imposed: (1) defendant Cassandra Muniz shall reside at a place approved by the Pretrial Services Officer; (b) the defendant shall not move or absent herself from that place of residence for more than 24 hours without the prior approval of the Pretrial Services Officer; and (c) within ten days of entry of this Order, the defendant shall execute and file herein an unsecured appearance bond in the amount of $50,000.00.

All other conditions of pretrial release not specifically modified herein shall remain in full force and effect.

These proposed modifications are made with the approval of Pretrial Services.

Dated: November 3, 2006        /s/ Candace A. Fry
                               CANDACE A. FRY, Attorney for
                               CASSANDRA MUNIZ, Defendant

Dated: November 3, 2006        MCGREGOR W. SCOTT
                               U.S. Attorney

                               /s/ Candace A. Fry for
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney

                               (Signed for Mr. Talbert with
                               his telephonic authorization)

**O R D E R**

IT IS SO ORDERED.

DATED: November 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal\muniz0388.stipord

-2-