1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for CASSANDRA MUNIZ,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No.  2:04-cr-00388-MCE
                                    )
12              Plaintiff,          )
                                    )
13         v.                       )  **STIPULATION AND ORDER CONTINUING**
                                    )  **STATUS CONFERENCE**
14 CASSANDRA MUNIZ,                 )
                                    )
15              Defendant.          )
                                    )
16 _____)

17

18      The parties in the within matter, by and through their respective

19 counsel, hereby stipulate and agree that the status conference

20 presently set for May 17, 2007, shall be continued for two weeks to May

21 31, 2007, at 9:00 a.m.

22      The purpose of this continuance is to allow defense counsel

23 additional time for discussion with the Government and the defendant

24 concerning a plea agreement.  Accordingly, the parties further

25 stipulate and agree to exclusion of time from date of the last status

26 conference on April 24, 2007, through May 31, 2007, for adequate

27 preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local

28 Code T-4).

                                -1-

Dated:   May 15, 2007                              /s/ CANDACE A. FRY
                                                   CANDACE A. FRY, Attorney for
                                                   CASSANDRA MUNIZ, Defendant


Dated:   May 15, 2007                              McGREGOR W. SCOTT
                                                   United States Attorney


                                            By /s/ CANDACE A. FRY   for
                                                   PHILIP A. TALBERT
                                                   Assistant U.S. Attorney

                                                   (Signed for Mr. Talbert with
                                                   his prior authorization)


## O R D E R

     IT IS SO ORDERED.

 Dated: May 16, 2007


                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE