CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for CASSANDRA MUNIZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR.S-04-0388-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE** |
| CASSANDRA MUNIZ, | ) |
| Defendant. | ) |

   The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for May 31, 2007, shall be continued for one week to June 7, 2007, at 9:00 a.m.

   The purpose of this continuance is to allow defense counsel additional time for discussion with the Government and the defendant concerning a plea agreement.  Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on April 24, 2007, through June 7, 2007, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

-1-

```
Dated:  May 30, 2007                    /s/ CANDACE A. FRY
                                        CANDACE A. FRY, Attorney for
                                        CASSANDRA MUNIZ, Defendant


Dated:  May 30, 2007                    McGREGOR W. SCOTT
                                        United States Attorney


                                    By  /s/ CANDACE A. FRY   for
                                        PHILIP A. TALBERT
                                        Assistant U.S. Attorney

                                        (Signed for Mr. Talbert with
                                        his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

Dated: May 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE