1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for CASSANDRA MUNIZ,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No.  2:04-CR-00388-MCE
                                 )
12            Plaintiff,         )
                                 )
13     v.                        ) **STIPULATION AND ORDER CONTINUING**
                                 ) **STATUS CONFERENCE**
14 CASSANDRA MUNIZ,              )
                                 )
15            Defendant.         )
                                 )
16 _____)

17

18     The parties in the within matter, by and through their respective

19 counsel, hereby stipulate and agree that the status conference

20 presently set for June 7, 2007, shall be continued to July 19, 2007, at

21 9:00 a.m for a change of plea.

22     The purpose of this continuance is to allow defense counsel

23 additional time to finalize a proposed plea agreement.  Accordingly,

24 the parties further stipulate and agree to exclusion of time from date

25 of the last status conference on April 24, 2007, through July 19, 2007,

26 for adequate preparation of counsel pursuant to 18 U.S.C.

27 §3161(h)(B)(iv) (Local Code T-4).

28 ///

                                  -1-

1 | Dated:  June 6, 2007                          /s/ CANDACE A. FRY
2 |                                               CANDACE A. FRY, Attorney for
                                                  CASSANDRA MUNIZ, Defendant
3 |
4 | Dated:  June 6, 2007                          McGREGOR W. SCOTT
                                                  United States Attorney
5 |
6 |                                            By /s/ CANDACE A. FRY   for
                                                  PHILIP A. TALBERT
7 |                                               Assistant U.S. Attorney

8 |                                               (Signed for Mr. Talbert with
                                                  his prior authorization)
9 |

10 |                           **O R D E R**

11 |      IT IS SO ORDERED.

12 |

13 |  Dated: June 6, 2007

14 |

15 |                                       _____
                                           MORRISON C. ENGLAND, JR.
16 |                                       UNITED STATES DISTRICT JUDGE

-2-