```
CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for CASSANDRA MUNIZ,
Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CASSANDRA MUNIZ,<br><br>　　　　　Defendant. | No.  2:04-CR-00388-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for June 7, 2007, shall be continued to July 19, 2007, at 9:00 a.m for a change of plea.

The purpose of this continuance is to allow defense counsel additional time to finalize a proposed plea agreement.  Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on April 24, 2007, through July 19, 2007, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

///

-1-

```
 1  Dated:  June 6, 2007                   /s/ CANDACE A. FRY
                                           CANDACE A. FRY, Attorney for
 2                                         CASSANDRA MUNIZ, Defendant

 3

 4  Dated:  June 6, 2007                   McGREGOR W. SCOTT
                                           United States Attorney
 5

 6                                      By /s/ CANDACE A. FRY   for
                                           PHILIP A. TALBERT
 7                                         Assistant U.S. Attorney

 8                                         (Signed for Mr. Talbert with
                                           his prior authorization)
 9

10                            O R D E R

11      IT IS SO ORDERED.

12

13   Dated: June 6, 2007

14

15                                         _____
                                           MORRISON C. ENGLAND, JR.
16                                         UNITED STATES DISTRICT JUDGE
```

-2-