UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                               RE:    MUNIZ, Cassandra
                                          Docket Number:   2:04CR00388-10
                                          CONTINUANCE OF PROBATION
                                          VIOLATION PROCEEDINGS

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 25th, 2009, to July 2, 2009 at 9:00 a.m.

**REASON FOR CONTINUANCE:**

This officer will be attending a United States Probation Office District Conference between June 24, 2009 through June 26th, 2009.  The conference is out of town.

                                  Respectfully submitted,

                                  **/s/Kyriacos M. Simonidis for**
                                      **TONI M. ORTIZ**
                                 United States Probation Officer

**REVIEWED BY:**     **/s/Kyriacos M. Simonidis**
                            **KYRIACOS M. SIMONIDIS**
                            **Supervising United States Probation Officer**

Dated:         June 11, 2009
                  Sacramento, California
                  TMO

RE:     Muniz, Cassandra
       Docket Number:    2:04CR00388-10
       **CONTINUANCE OF PROBATION VIOLATION PROCEEDINGS**

_____

[X] Continuance is granted

[ ] Continuance is not granted.

[ ] Other:

Dated: June 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE


cc:    Docket Clerk, MCE
      Phillip A. Talbert, Assistant United States Attorney
      Candace A. Fry, Defense Counsel